810 A.2d 562

IN THE MATTER OF BEVERLY G. GISCOMBE, AN ATTORNEY AT LAW (ATTORNEY NO. 006891979).

November 27, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **BEVERLY G. GISCOMBE** of **EAST ORANGE,** who was admitted to the bar of this State in 1979, and who was suspended from the practice of law for a period of three

months effective August 12, 2002, by Order of this Court filed July 15, 2002, be restored to the practice of law, effective immediately.